UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                           :        CASE NO 08-10125
                                                          CHAPTER 13
DAVID S. MCGLOSSON
                                                 :        JUDGE JEFFERY P. HOPKINS

      DEBTOR

                                                 :        NOTICE OF TRANSMITTAL OF
                                                          UNCLAIMED FUNDS

      Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

      The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 917888    | $88.34 |

Creditor(s)
Irwin Home Equity
12677 Alcosta Boulevard
Suite 500
San Ramon, California 94583

                                                 Respectfully submitted,


                                     /s/    Margaret A. Burks, Esq.
                                            Margaret A. Burks, Esq.
                                            Chapter 13 Trustee
                                            Attorney No. OH 0030377

                                            Francis J. DiCesare, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0038798

                                            Karolina F. Perr, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0066193

                                            600 Vine Street, Suite 2200
                                            Cincinnati, OH 45202
                                            (513) 621-4488
                                            (513) 621 2643 (Facsimile)
                                            mburks@cinn13.org - Correspondence only
                                            fdicesare@cinn13.org
                                            kperr@cinn13.org
                                            cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 17, 2011.

             /s/      Margaret A. Burks, Esq.
                   Margaret A. Burks, Esq.


Irwin Home Equity
12677 Alcosta Boulevard
Suite 500
San Ramon, California 94583

Debtor(s) Counsel
COMBS, SCHAEFER, & ATKINS
1081 N. UNIVERSITY BLVD
SUITE B
MIDDLETOWN, OH  45042


Debtor(s)
DAVID S. MCGLOSSON
4951 COTTON RUN ROAD
HAMILTON, OH  45011

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)


Irwin Home Equity
500 Washington Street
Columbus, Indiana 47201-6230